371 A.2d 505

Commonwealth v. Cornish, Appellant.

 Submitted June 21, 1976. John R. Sutton, for appellant; Glenn S. Gitomer, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 505

Commonwealth v. Crawford, Appellant.

 Argued September 13, 1976. Robert Lawler, with him Vito F. Canuso, Jr., for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, with her Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.